PEOPLE ex rel. SCHULER et al., Appellants, v. SCHATZ, Respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by the people of the state of New York, on the relation of Charles

Schuler and others, against Adam E. Schatz, city judge of Mt. Vernon. No opinion. Order reversed.